UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
CRISTIAN RODRIGUEZ, JOSE SANTOS, HENRY NAVARRO GUERRA, RIGOBERTO RIVAS, JUAN ROMERO, EDGAR ALVARENGA, OSCAR GONZALEZ, YOINER TORRES, LUIS RODRIGUEZ, MISRAIM TAXILAGA, JOSE GILBERTO LINARES, RONALD DELGADO, XAVIER ANIBAL BOHORQUEZ, CARLOS SANTOS, SANTIAGO BARRAGAN, ERLIN SOLIS, and ODLIVER PALACIOS, individually and on behalf of all others similarly situated,

19-cv-5057 (LDH)(JO)

Stipulation of Voluntary Discontinuance as to all Defendants Without Prejudice

Plaintiffs,

-against-

APJ CONTRACTING, INC. and ANTHONY ISOLA, as an individual,

Defendants.
----------------------------------------------------------------------X

IT IS HEREBY STIPULATED that the action (and all claims and causes of action that were or could have been asserted in it) be withdrawn, discontinued and dismissed, as against all Defendants, without prejudice, in accordance with Rule 41 of the Federal Rules of Civil Procedure.

Dated: December 30, 2019
       Kew Gardens, New York

_____
Roman Avshalumov, Esq.
Helen F. Dalton & Associates, P.C.
80-02 Kew Gardens Road, Suite 601
Kew Gardens, NY 11415

**SO ORDERED**

_____
Hon. District Judge LaShann DeArcy Hall

This ___ day of _____, 20___